**\*E-FILED 1/29/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIA LAB, INC., | No. C08-04732 HRL |
| Plaintiff, | **ORDER GRANTING DEFENDANT LAURA COLLIS' REQUEST TO SET ASIDE DEFAULT** |
| v. | |
| LAURA COLLIS dba LC INTERNET MARKETING dba LC INTERNET MARKETING, LLC dba GOINGTOCALIFORNIA.COM dba CALIFORNIA-AMUSEMENT-PARKS.COM, | [Re: Docket No. 12] |
| Defendant. | |

Defendant Laura Collis moves to set aside the default entered on December 3, 2008. There being no objection by plaintiff, defendant's request is granted as unopposed. The default shall be set aside.

SO ORDERED.

Dated:   January 29, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-4732 Notice has been electronically mailed to:**

Henry M. Burgoyne , III hank@kronenbergerlaw.com, ecf@kronenbergerlaw.com

Jeffrey Michael Rosenfeld Jeff@kronenbergerlaw.com

Karl Stephen Kronenberger karl@kronenbergerlaw.com, ecf@kronenbergerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:08-cv-4732 Notice delivered by other means to:**

Laura Collis
800 Plaza Mar
San Diego, CA 91910
    Pro Se Defendant