ORIGINAL FILED

09 FEB -9 AM 9:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

Laura Collis PRO SE
800 Plaza Mar
Chula Vista CA, 91910
Telephone: 619-254-4349

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIA LAB, INC.** | ) Case No.: C-08-4732 HRL |
| Plaintiff, | ) **DEFENDANTS REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; ORDER** |
| vs. | ) |
| **Laura Collis** | ) |
| Defendant | ) DATE: February 10, 2009 |
| | ) TIME: 1:30 PM |
| | ) CTRM: 2 5th Floor |
| | ) JUDGE: Hon. Howard R. Lloyd |

FILED
FEB 09 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case No. C-08-4732 HRL     - 1 - DEFENDANTS REQUEST FOR TELEPHONIC APPEARANCE

1  Pursuant to Northern District of California Local Rule 16-
2  10, Defendant Lara Collis hereby requests the courts permission
3  to appear telephonically at the Initial Case Management
4  Conference scheduled for Tuesday, February 10, 2009, at 1:30 PM
5  before the Honorable Howard R. Lloyd.
6  Good cause exists for Defendants request as her place of
7  residence is in Chula Vista (San Diego County), CA over 500
8  miles away where Defendant resides and cares for her disabled
9  father and would result in an extreme financial hardship.

Dated: February 6, 2009

Laura Collis PRO SE

**ORDER**

Having reviewed Defendants request for Telephonic Appearance at the Initial Case Management Conference scheduled for February 10, 2009 at 1:30 PM and good cause shown, it is hereby ORDERED.

Defendant may appear at the February 10, 2009 Initial Case Management Conference at 1:30 by telephone. ~~On the date of the hearing, Defendant shall initiate a call to the court at 408-535-5205~~ DEFENDANT SHALL PROMPTLY MAKE ARRANGEMENTS WITH PLAINTIFF'S COUNSEL TO JOINTLY CALL THE COURT AT 408-535-5205 ON THE DAY AND TIME SET FOR THE CONFERENCE.

**IT IS SO ORDERED**

Dated: 2/9/09

Honorable Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

Case No. C-08-4732 HRL                     - 3 - DEFENDANTS REQUEST FOR TELEPHONIC APPEARANCE