***E-FILED 2/10/2009*'**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIA LAB, INC., | No. C08-04732 HRL |
| Plaintiff, | |
| v. | **ORDER RE CASE MANAGEMENT** |
| LAURA COLLIS dba LC INTERNET MARKETING dba LC INTERNET MARKETING, LLC dba GOINGTOCALIFORNIA.COM dba CALIFORNIA-AMUSEMENT-PARKS.COM, | |
| Defendant. | |

_____/

On February 10, 2009, the court held a Case Management Conference. Based on the discussion held at the Conference, the court orders as follows:

Defendant Laura Collis shall serve her Fed. R. Civ. P. 26(a) initial disclosures on plaintiff's counsel within ten days from the date of this order.[1]

At this time, defendant's request for permission to e-file is denied without prejudice.

---

[1] Defendant is reminded that, although she is representing herself, she is obliged to adhere to rules that all litigants are required to follow. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (finding that pro per litigants must follow the same procedural rules as represented parties). She is advised to obtain a copy of the court's Handbook for Litigants Without a Lawyer, which is available on the court's website at www.cand.uscourts.gov.

The parties shall promptly request an ADR Conference with the court's ADR Unit for the purpose of deciding upon a suitable ADR program.

A further case management conference is set for **March 24, 2009, 1:30 p.m.** in Courtroom 2.  Absent a timely filed request for good cause shown, the parties shall appear at the further case management conference in person.  <u>See</u> Civ. L.R. 16-10(a) ("Requests to participate in the conference by telephone must be filed and served at least 5 days before the conference or in accordance with the Standing Orders of the assigned Judge.").

SO ORDERED.

Dated:   February 10, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:08-cv-4732 Notice has been electronically mailed to:**

Henry M. Burgoyne , III hank@kronenbergerlaw.com, ecf@kronenbergerlaw.com

Jeffrey Michael Rosenfeld Jeff@kronenbergerlaw.com

Karl Stephen Kronenberger karl@kronenbergerlaw.com, ecf@kronenbergerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:08-cv-4732 Notice delivered by other means to:**

Laura Collis
800 Plaza Mar
Chula Vista, CA 91910

    Pro Se Defendant