**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MEDIA LAB, INC., | No. C08-04732 HRL |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO REGISTER FOR E-FILING** |
| LAURA COLLIS dba LC INTERNET MARKETING dba LC INTERNET MARKETING, LLC dba GOINGTOCALIFORNIA.COM dba CALIFORNIA-AMUSEMENT-PARKS.COM, | |
| Defendant. | |

Defendant's request for permission to register for e-filing is granted. <u>She is, however, admonished to familiarize herself and to comply with the Federal Rules of Civil Procedure, the court's Civil Local Rules, and all orders of the court</u>. If she has not already done so, she is also advised to obtain a copy of the court's Handbook for Litigants Without a Lawyer, which is available on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   March 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-4732 Notice has been electronically mailed to:**

Henry M. Burgoyne , III hank@kronenbergerlaw.com, ecf@kronenbergerlaw.com

Jeffrey Michael Rosenfeld Jeff@kronenbergerlaw.com

Karl Stephen Kronenberger karl@kronenbergerlaw.com, ecf@kronenbergerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:08-cv-4732 Notice delivered by other means to:**

Laura Collis
800 Plaza Mar
Chula Vista, CA 91910

    Pro Se Defendant