**\*E-FILED 3/31/2009\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIA LAB, INC., | No. C08-04732 HRL |
| Plaintiff, v. | **ORDER APPOINTING SETTLEMENT COUNSEL** |
| LAURA COLLIS dba LC INTERNET MARKETING dba LC INTERNET MARKETING, LLC dba GOINGTOCALIFORNIA.COM dba CALIFORNIA-AMUSEMENT-PARKS.COM, | |
| Defendant. | |

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

Kimberly A. Donovan is appointed Settlement Counsel.  This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program.  This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities ordered by

the settlement judge.

Settlement Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities.  The court shall then issue an order relieving the Settlement Counsel from his or her limited representation of the unrepresented party.

IT IS SO ORDERED.

Dated:    March 31, 2009



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-4732 Notice electronically mailed to:**

Henry M. Burgoyne , III hank@KBInternetlaw.com, ecf@KBInternetlaw.com

Jeffrey Michael Rosenfeld Jeff@KBInternetlaw.com

Karl Stephen Kronenberger karl@KBInternetlaw.com, ecf@KBInternetlaw.com

Margarita Calpotura margarita@KBInternetlaw.com

**5:08-cv-4732 Notice mailed to:**

Laura Collis
300 Plaza Mar
Chula Vista, CA 91910

Kimberly A. Donovan
SPECIAL ASSISTED SETTLEMENT CONFERENCE COUNSEL
GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043

3