**\*E-FILED 7/10/2009\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIA LAB, INC., | No. C08-04732 HRL |
| Plaintiff, | **ORDER (1) VACATING REFERRAL TO THE ASSISTED SETTLEMENT CONFERENCE PROGRAM; AND (2) TERMINATING SETTLEMENT COUNSEL** |
| v. | |
| LAURA COLLIS dba LC INTERNET MARKETING dba LC INTERNET MARKETING, LLC dba GOINGTOCALIFORNIA.COM dba CALIFORNIA-AMUSEMENT-PARKS.COM, | **ORDER TO SHOW CAUSE** |
| Defendant. | |

On March 24, 2009, the above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by pro se defendant, Laura Collis, Settlement Counsel was designated to educate and assist her in preparation for, participation in, and follow up to a settlement conference in this case.

This court is informed that Collis has failed to respond to repeated efforts by the court's ADR Unit and by Settlement Counsel to contact her. Accordingly, the court finds it appropriate to vacate the referral to the Assisted Settlement Conference Program. This terminates any further responsibilities of Settlement Counsel in this case. The court extends its thanks to Settlement Counsel for her efforts.

Additionally, the parties shall appear in person for a case management conference to

1  discuss the status of this matter on **July 28, 2009, 1:30 p.m.** in Courtroom 2, 280 South First
2  Street, San Jose, CA. Additionally, defendant Collis shall be prepared to show cause why she
3  should not be sanctioned for failure to cooperate in these proceedings.
4      SO ORDERED.
5  Dated:  July 10, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:08-cv-4732 Notice has been electronically mailed to:**

Henry M. Burgoyne , III hank@KBInternetlaw.com, ecf@KBInternetlaw.com

Jeffrey Michael Rosenfeld Jeff@KBInternetlaw.com

Karl Stephen Kronenberger karl@KBInternetlaw.com, ecf@KBInternetlaw.com

Margarita Calpotura margarita@KBInternetlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:08-cv-4732 Notice mailed to:**

Laura Collis
800 Plaza Mar
Chula Vista, CA 91910

3