*E-FILED 8/4/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIA LAB, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAURA COLLIS dba LC INTERNET MARKETING dba LC INTERNET MARKETING, LLC dba GOINGTOCALIFORNIA.COM dba CALIFORNIA-AMUSEMENT-PARKS.COM, <br><br> Defendant. <br>_____/ | No. C08-04732 HRL <br><br> **ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE SANCTIONED** |

On October 14, 2008, plaintiff filed the instant lawsuit for alleged cybersquatting (15 U.S.C. § 1125(d), trademark infringement (15 U.S.C. § 1125(a)), conversion, conspiracy to commit conversion, fraud and conspiracy to commit fraud. On December 3, 2008, default was entered against defendant Laura Collis. Later that same day, Collis, is who proceeding pro se, filed a "General Denial" in answer to the allegations of the complaint. On January 29, 2009, this court granted her (unopposed) motion to have the default set aside.

At a March 24, 2009 further case management conference, and upon Collis' application, the court assigned this case to the Assisted Settlement Conference Program, with the settlement conference to take place with Magistrate Judge Seeborg by August 28, 2009. The court

1  deferred setting a case schedule and set a further status conference for September 15, 2009.

2  In addition, the court granted Collis' request for leave to register for e-filing. In that
3  order, defendant was admonished to familiarize herself and to comply with the Federal Rules of
4  Civil Procedure, the court's Civil Local Rules, and all orders of the court. She was also advised
5  to obtain a copy of the court's Handbook for Litigants Without a Lawyer, which is available on
6  the court's website at www.cand.uscourts.gov.

7  Soon after, on March 31, 2009, Assisted Settlement Counsel was located and appointed
8  to educate and assist Collis in her preparation for, participation in and follow-up to a settlement
9  conference.

10  In July 2009, the court's ADR Unit advised that Collis failed to respond to repeated
11  attempts by the court's ADR staff and Assisted Settlement Counsel to contact her. Thus,
12  although considerable time and effort had been expended in preparation for the settlement
13  conference, the court found it necessary to vacate the referral to the Assisted Settlement
14  Conference Program and to terminate the appointment of Assisted Settlement Counsel. It
15  issued an order to that effect on July 10, 2009.

16  In that same order, the court set a July 28, 2009 case management conference and
17  directed the parties to appear in person at the conference to discuss the status of the matter.
18  Collis was also ordered to show cause why she should not be sanctioned for her failure to
19  cooperate in these proceedings. Although Collis was given leave to register as an e-filer, there
20  was and is no indication that she has taken appropriate steps to do so. Accordingly, the July 10,
21  2009 order was mailed to her at the address she confirmed for the court as her contact
22  information: 800 Plaza Mar, Chula Vista, CA 91910.[1]

23  The further CMC was held as scheduled on July 28, 2009. Plaintiff advised that Collis
24  failed to cooperate in the preparation of a joint case management statement. And, although she

---

[1] There has been some confusion as to the contact information for Collis, who has used different addresses at different times. Nevertheless, at a case management conference, Collis confirmed this address as her contact information. The instant order will also be mailed to her there.

2

was ordered to do so, Collis failed to appear at the conference. This court has not received any response from defendant as to its July 10, 2009 order to show cause.

Based on the foregoing, IT IS ORDERED THAT defendant Laura Collis shall appear in person before this court on **September 1, 2009, 10:00 a.m.,** Courtroom 2, 280 South First Street, San Jose, California and show cause, if any, why this court should not impose sanctions – including monetary sanctions and/or the striking of her answer – for her failure to comply with court orders, make court-ordered appearances, respond to the court's July 28, 2009 order to show cause, cooperate in the court's Assisted Settlement Conference Program and to otherwise cooperate in these proceedings.

The failure to comply with this order will be deemed additional grounds for the imposition of the sanctions described above.

Dated: August 4, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:08-cv-4732 Notice has been electronically mailed to:**

2  Henry M. Burgoyne , III hank@kronenbergerlaw.com, ecf@kronenbergerlaw.com

3  Jeffrey Michael Rosenfeld Jeff@kronenbergerlaw.com

4  Karl Stephen Kronenberger karl@kronenbergerlaw.com, ecf@kronenbergerlaw.com

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

7  **5:08-cv-4732 Notice delivered by other means to:**

8  Laura Collis
   800 Plaza Mar
9  Chula Vista, CA 91910

10         Pro Se Defendant