**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff, MEDIA LAB, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIA LAB, INC.**, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**LAURA COLLIS,** *et al*,<br><br>    Defendants. | Case No. C-08-4732 HRL<br><br>**NOTICE REGARDING SUBMITTED MATTERS** |

Case No. C-08-4732 HRL        **NTC RE SUBMITTED MATTERS**

Pursuant to Local Rule 7-13, Plaintiff Media Lab, Inc. hereby submits this notice that Plaintiff's Motion for Summary Judgment (D.E.# 56) remains under submission.

Respectfully submitted,

DATED: July 12, 2010  KRONENBERGER BURGOYNE, LLP

By:   s/ Jeffrey M. Rosenfeld
      Jeffrey M. Rosenfeld

Attorneys for Plaintiff, MEDIA LAB, INC.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. C-08-4732 HRL     1     **NTC RE SUBMITTED MATTERS**