**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff, MEDIA LAB, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA LAB, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LAURA COLLIS, *et al,*<br><br>　　　　　Defendants. | Case No. C-08-4732 HRL<br><br>**PROOF OF SERVICE** |

Case No. C-08-4732 HRL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PROOF OF SERVICE**

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On July 12, 2010, I served the following document(s) below:

**1) NOTICE REGARDING SUBMITTED MATTERS**

on the parties listed below as follows:

*Defendant, Pro Se:*

Laura Collis
800 Plaza Mar
Chula Vista, CA 91910

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY EMAIL, to the address listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: July 12, 2010

_____
Sumeena Birdi

Case No. C-08-4732 HRL — 1 — PROOF OF SERVICE

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com