**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff, MEDIA LAB, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDIA LAB, INC.**, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**LAURA COLLIS,** *et al*,<br><br>Defendants. | Case No. C-08-4732 HRL<br><br>**NOTICE REGARDING SUBMITTED MATTERS** |

Pursuant to Local Rule 7-13, Plaintiff Media Lab, Inc. hereby submits this notice that Plaintiff's Ex Parte Application for Turnover Order Under FRCP 69(a) and Cal. Civ. Proc. Code §699.040(a  (D.E.# 73) remains under submission.

Respectfully submitted,

DATED:  June 7, 2011                                KRONENBERGER BURGOYNE, LLP


                                                    By:   s/ Jeffrey M. Rosenfeld
                                                          Jeffrey M. Rosenfeld

                                                    Attorneys for Plaintiff, MEDIA LAB, INC.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com