1  **KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
2  Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
3  150 Post Street, Suite 520
San Francisco, CA 94108
4  Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
5  hank@KBInternetLaw.com
karl@KBInternetLaw.com
6  jeff@KBInternetLaw.com

7  Attorneys for Plaintiff, MEDIA LAB, INC.

8

9                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  **MEDIA LAB, INC.**, a California corporation,        Case No. C-08-4732 HRL

13            Plaintiff,

14       vs.                                             **PROOF OF SERVICE**

15  **LAURA COLLIS,** *et al,*

16            Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-08-4732 HRL                                            **PROOF OF SERVICE**

1

## PROOF OF SERVICE

2   I am a resident of the state of California, over the age of eighteen years and not a
3   party to this action.   My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

4   On June 7, 2011, I served the following document(s) below:

5   **1. NOTICE REGARDING SUBMITTED MATTERS**

6   on the parties listed below as follows:

7   *Defendant, Pro Se:*

8   Laura Collis
    800 Plaza Mar
9   Chula Vista, CA 91910

10

11   [X]   BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in
12   San Francisco, California, following ordinary business practices, which is
13   deposited with the US Postal Service the same day as it is placed for processing.

14   [ ]   BY EMAIL, to the address listed above.

15

16   [X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17

18   DATED:  June 7, 2011

19                                           Sumeena Birdi

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

Case No. C-08-4732 HRL                    1                    **PROOF OF SERVICE**